STATE OF NEW JERSEY v. RICHARD BECK.

May 1, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. ROCHELL DAVIS.

May 1, 1973. Petition for certification denied.

JAMES MULLIGAN v.
BOROUGH COUNCIL OF THE BOROUGH OF CHATHAM.

May 1, 1973. Petition for certification denied.

JOHN LEWCHICK, JR. v. JOSEPH OLIVERI.

May 1, 1973. Petition for certification denied.

IN THE MATTER OF PROVIDING COURT FACILITIES FOR
THE TRIAL OF CRIMINAL MATTERS IN ATLANTIC
COUNTY.

May 1, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. CLARENCE BILLINGSLEY.

May 1, 1973. Petition for certification denied.